IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CASON LEE HENDERSON                                                                        PLAINTIFF

v.                                    No. 5:12-cv-36-DPM-HDY

STEVEN GRIEVER, Lt., Ashley County
Detention Center; JOSHUA GRAVES,
Jailer, Ashley County Detention Center;
and NICOLE CARTER, Jail/Supervisor,
Ashley County Detention Center                                                          DEFENDANTS

ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue lies in the Western District, as all Defendants are there and the events complained of allegedly occurred there. 28 U.S.C. § 1406(a).

The Clerk of the Court is directed to transfer Henderson's entire case file to the Western District of Arkansas. The transfer should be immediate; there is no need to wait a reasonable time, *cf. In re. Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982), because the receiving Court is also in the Eighth Circuit

and, if he wants to do so, Henderson can challenge the transfer by taking his appeal from that Court as easily and completely as he could appeal from this Court.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 February 2012